IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOGISTICS PLUS, INC., | ) | Docket No. 1:23-cv-00350-CB |
| | ) | (Judge Cathy Bissoon) |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OPTICAL TECHNOLOGIES, INC., *a Georgia corporation*, OPTICAL TECHNOLOGIES, INC., *a Wisconsin corporation*, RICCINO OPTICAL, INC., *a Florida corporation*, SHANI BURTON-JOHNSON, *an individual*, and RAFAEL PEREZ, *an individual*. | ) ) ) ) ) ) ) | |
| Defendant | | |

## ORDER

AND NOW, to wit, this _____ day of _____, 202___, upon consideration of

Plaintiff's Request for Entry of Default Judgment and the affidavit attached thereto, it is hereby

ORDERED, ADJUDGED, and DECREED that said Request be, and hereby is GRANTED.

Judgment is entered in favor of the Plaintiff, Logistics Plus, Inc. and against Defendants, Optical

Technologies, Inc., a Georgia corporation; Optical Technologies, Inc., a Wisconsin corporation;

Riccino Optical, Inc.; Shani Burton-Johnson; and Rafael Perez., in the amount of $927,741.25.

CLERK'S ENTRY OF DEFAULT / DEFAULT JUDGMENT

Date: 6/17/24 _____

*Nicholas DeLucia*
Docket Clerk

*Brandy S. Lonchena*
Brandy S. Lonchena

BY THE COURT: